**No. 55858.**—S. R. Droescher, Inc. *v*. United States, protest 166218–K (A) (New York).

Opinion by EKWALL, J.   Following the authorities cited in Abstract 15400 the court dismissed the protest.

**No. 55859.**—British American Importation Co., Ltd. *v*. United States, protest 171233–K (New York).

Opinion by EKWALL, J. Following the authorities cited in Abstract 15400 the court dismissed the protest.

SEPTEMBER 6, 1951

**No. 55860.**—SUIT 4665.—Marine Products Co. *v*. United States.— ▮▮▮▮▮ ▮Reap. Dec. 7830 affirmed June 29, 1951. C. A. D. 462.